UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARY POCHE                                                                     CIVIL ACTION

VERSUS                                                                             NO. 07-3506

KIMBERLY WILLIAMSON BUTLER, ET AL.                         SECTION: "K"(1)

### ORDER

The Court has reviewed Plaintiff Gary Poche's Motion for Reconsideration of the Court's Order dated July 8, 2008. The Court finds Plaintiff's motion to be without merit, and otherwise finds no reason to reconsider its previous order. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Rec. Doc. 17) is **DENIED.**

New Orleans, Louisiana, this __17th__ day of September, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE